

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-10-00084-CR

_____


WILLIAM ALLEN COOPER, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 102nd Judicial District Court
Red River County, Texas
Trial Court No. CR01520


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

William Allen Cooper appeals from his conviction by a jury for improper photography or visual recording. He was sentenced to two years in state jail and a $10,000.00 fine.

Cooper was tried on two counts in a single proceeding and is facing two convictions, resulting in two separate appeals. A common brief was filed raising the same issues in both cases.

Cooper raises several issues, including a *Batson*[1] claim, issues about the unsupported assessment of costs, issues concerning harm caused by improperly admitted evidence and an improper opening statement by the State, and the sufficiency of the evidence to support his conviction. Because the evidentiary contention disposes of the appeal, we need not address the remaining issues.

We addressed the sufficiency of the evidence to support the conviction in detail in our opinion of this date on Cooper's appeal in cause number 06-10-00083-CR. For the reasons stated therein, we likewise conclude that the evidence is insufficient to support this conviction.

We reverse the conviction and render a judgment of acquittal.

Josh R. Morriss, III
Chief Justice

Date Submitted: October 20, 2010
Date Decided: November 16, 2010

---

[1]*Batson v. Kentucky*, 476 U.S. 79 (1986).

Do Not Publish